# Supreme Court of Texas

## Misc. Docket No. 22-9075

### Transfer of Case From the
### First Court of Appeals to the
### Fourteenth Court of Appeals

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby transferred from the Court of Appeals for the First District, Houston, Texas, to the Court of Appeals for the Fourteenth District, Houston, Texas:

Case No 01-22-00615-CV
*In the matter of A.W.*

The First Court of Appeals will make the necessary orders for the transfer of the case directed hereby and will cause the Clerk of that Court to transfer or transmit all filings in the case, and verify all orders made, to the Fourteenth Court of Appeals. Upon completion of the transfer, the First Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 2nd day of September, 2022.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS